[LODGED - EASTERN DIVISION CLERK, U.S. DISTRICT COURT MAY - 7 2009 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

[FILED CLERK, U.S. DISTRICT COURT FEB 9 2010 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ATTWOOD,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondents. | Case No. EDCV 08-1423-SVW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

THIS ORDER SHALL be entered: (1) approving and adopting this Report and Recommendation; (2) denying Respondent's Motion to Dismiss; and (3) directing the parties to comply with the October 17, 2008, Order Requiring Response to the Petition.

DATED: 2/9/10

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge