UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ATTWOOD,<br><br>                Petitioner,<br><br>      v.<br><br>J. D. HARTLEY, Warden.<br><br>                Respondent. | Case No. EDCV 08-1423-SVW (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying the
3 Petition and dismissing this action with prejudice.

6 DATED: 11/03/10

/s/ Stephen V. Wilson
HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

/s/ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge