JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ATTWOOD,<br><br>    Petitioner,<br><br>    v.<br><br>J. D. HARTLEY, Warden,<br><br>    Respondent. | Case No. EDCV 08-1423-SVW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 11/03/10

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge